**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 4/1/2021 @ 12:39 pm
TAPE: FTR
TIME IN COURT: 5 mins

MAGISTRATE JUDGE: REGINA D. CANNON
COURTROOM DEPUTY CLERK: Phyllis Brannon
CASE NUMBER: 1:21-mj-348
DEFENDANT'S NAME: Jack Wade Whitton
AUSA: Katie Terry for Ryan Buchanan
DEFENDANT'S ATTY: Benjamin Alper
USPO / PTR: Ty Ransom
✓ Retained ☐ CJA ☐ FDP ☐ Waived

___ ARREST DATE _____

X Initial appearance hearing held.       ___ Defendant informed of rights.
___ Interpreter sworn: _____

## COUNSEL

___ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

X Defendant WAIVES identity hearing.       X WAIVER FILED
___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing in this district only.   ___ WAIVER FILED
___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X Government motion for detention filed. Detention Hearing set for April 2, 2021 @ 1:00 pm
___ Pretrial hearing set for _____ @ _____ ☐ In charging district.)
___ Bond/Pretrial detention hearing held.
___ Government motion for detention ☐ GRANTED ☐ DENIED
___ Pretrial detention ordered.   ___ Written order to follow.
___ BOND set at _____   ___ NON-SURETY   ___ SURETY
    ___ cash   ___ property   ___ corporate surety ONLY
___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED
___ See page 2