FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 1 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JACK WADE WHITTON

Criminal Action No.

## Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.  Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

**2.  Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 1 day.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 1, 2021.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

KURT R. ERSKINE
Acting United States Attorney

*Ryan K. Buchanan*

RYAN K. BUCHANAN
Assitant U.S. Attorney
Ga. Bar No. 623388

## Certificate of Service

I served this document today by electronic mail.

April 1, 2021

*Ryan K. Buchanan*
_____
RYAN K. BUCHANAN
Assistant U.S. Attorney