**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 4/2/2021 @ 2:12 pm

TAPE: FTR

TIME IN COURT: 50 mins

MAGISTRATE JUDGE   REGINA D. CANNON

COURTROOM DEPUTY CLERK: Phyllis Brannon

CASE NUMBER:   1:21-mj-348-RDC

DEFENDANT'S NAME: Jack Wade Whitton

AUSA:   Ryan Buchanan

DEFENDANT'S ATTY:   Ben Alper

USPO / PTR: _____

☑ Retained  ☐ CJA  ☐ FDP  ☐ Waived

_____ ARREST DATE _____

_____ Initial appearance hearing held.          _____ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.          _____ WAIVER FILED

_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.          _____ WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed .   _____ @ _____

_____ Pretrial hearing set for _____ @ _____   ☐ In charging district.)

X Bond/Pretrial detention hearing held.

X Government motion for detention ☐ GRANTED ☑ DENIED

_____ Pretrial detention ordered.   _____ Written order to follow.

X BOND set at $10,000.00   X NON-SURETY   _____ SURETY

_____ cash   _____ property   _____ corporate surety ONLY

SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

X Bond not executed.   Defendant to remain in Marshal's custody. Bond stayed. Government will appeal.

_____ Motion ( _____ verbal)  to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED

_____ See page 2

Page 2    Defendant:   Jack Whitton          Case No.:   1:21-mj-348

Date:   4/2/21

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

Gov't exhibits: 1 - 17, admitted and retained

Gov't exhibit: 18, admitted and retained

_____

_____

_____

_____

_____

_____

_____

Original Exhibits        X    RETAINED by the Court        _____   RETURNED to counsel