AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 2 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

| UNITED STATES OF AMERICA<br>V.<br>JACK WADE WHITTON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>21-cr-35 (EGS) | District of Arrest<br>1:21-mj-348-RDC | District of Offense<br>21-mj-233 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

charging a violation of  18  U.S.C. § 111 (a)(1), (b)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**
Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon

**CURRENT BOND STATUS:**
[ ] Bail fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[✓] Other(specify) Bond granted in District of Arrest. Bond stayed pending appeal in District of Offense. Defendant detained.

**Representation:**  [✓] Retained Own Counsel  [ ] Federal Defender Organization  [ ] CJA Attorney  [ ] None
**Interpreter Required?**  [✓] No  [ ] Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 2, 2021
Date

_R Cannon_ (signature)
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |